IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CREDIT CARD FRAUD CONTROL CORPORATION, | § § | |
| Plaintiff, | § § | |
| vs. | § | CASE NO. 3:14-CV-03262-M |
| | § | |
| MAXMIND, INC., | § | |
| Defendant. | § § | |

## JOINT MOTION FOR STAY PENDING INSTITUTED COVERED BUSINESS METHOD PATENT REVIEW

Defendant MaxMind, Inc. ("MaxMind") and Plaintiff Credit Card Fraud Control Corporation ("CCFCC") (jointly the "Parties") respectfully move the Court to stay this case in light of Covered Business Method Patent Review ("CBM") CBM2015-00094, which was instituted by the Patent Trial and Appeal Board ("PTAB") of the United States Patent and Trademark Office ("USPTO) on September 11, 2015. MaxMind filed an opposed motion to stay in favor of the CBM on March 11, 2015. (*See* Dkt. No. 17). By Order dated April 24, 2014, the Court denied the motion without prejudice to refiling if the PTAB instituted the CBM. (Dkt. No. 29). The CBM has now been instituted as to all patent claims (claims 1-30) of U.S. Patent No. 8,630,942, the only patent asserted in this case. (Appx. 016). In light of the PTAB instituting the CBM, the Parties agree staying the case to allow the CBM proceeding to conclude will conserve judicial resources and is in the best interest of both Parties. As set forth above, the Parties respectfully request that the Court enter an order staying this cause until the resolution of CBM2015-00094.

Dated:  September 14, 2015             Respectfully submitted,

**ANDREWS KURTH LLP**

By:  */s/  Tonya M. Gray*
    Anthony Son
    AnthonySon@andrewskurth.com
    1350 I Street, NW
    Suite 1100
    Washington, DC  20005
    Telephone:  (202) 662-2784
    Facsimile:  (202) 974-9524

    Tonya M. Gray
    Texas Bar No. 24012726
    tonyagray@andrewskurth.com
    1717 Main Street, Suite 3700
    Dallas, Texas 75201
    Telephone:  (214) 659-4400
    Facsimile:  (214) 659-4401

**ATTORNEYS FOR DEFENDANT MAXMIND, INC.**

          */s/ Anthony Vecchione with permission*
          Edward R. Nelson, III
          Texas State Bar No. 00797142
          ed@nelbum.com
          Ryan P. Griffin
          Texas State Bar No. 24053687
          ryan@nelbum.com
          Anthony Vecchione
          Texas State Bar No. 24061270
          anthony@nelbum.com
          Stacie Greskowiak McNulty
          Texas State Bar No. 24074311
          stacie@nelbum.com

          **NELSON BUMGARDNER P.C.**
          3131 West 7th Street, Suite 300
          Fort Worth, Texas 76107
          Phone: (817) 377-9111
          Fax: (817) 377-3485

          **ATTORNEYS FOR PLAINTIFF CREDIT CARD FRAUD CONTROL CORPORATION**

## CERTIFICATE OF CONFERENCE

Counsel for Defendant conferred with counsel for Plaintiff regarding this motion to stay on September 11, 2015.  The relief requested herein is agreed to by the Parties.

          */s/ Tonya M. Gray*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 14, 2015, the foregoing document was electronically submitted with the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case files system of the court. The electronic case files system sent a "Notice of Electronic Filing" to all counsel of record.

          */s/ Tonya M. Gray*