IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CREDIT CARD FRAUD CONTROL CORPORATION, <br> Plaintiff, <br><br> vs. <br><br> MAXMIND, INC., <br> Defendant. | § § § § § § § § § | CASE NO. 3:14-CV-03262-M |

## ORDER GRANTING JOINT MOTION FOR STAY PENDING COVERED BUSINESS METHOD PATENT REVIEW

The Court, having considered the Parties' Joint Motion to Stay Pending Instituted Covered Business Method Patent Review, finds that the motion to stay should be and is hereby GRANTED.

IT IS THEREFORE ORDERED that this case be and is hereby stayed pending a final decision on the merits of the Covered Business Method Patent Review of U.S. Patent No. 8,630,942 by the Patent Trial and Appeal Board of the United States Patent and Trademark Office.

In addition, the parties are ORDERED to notify the Court within seven (7) calendar days of the completion of the review by the PTAB.

Dated: __9/15__, 2015

Barbara M. G. Lynn
United States District Judge
Northern District of Texas

DAL:926260.2